IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE ANDERSON**                                                       **PLAINTIFF**
**ADC #165441**

v.                      **Case No. 3:19-cv-00294-KGB-JTK**

**GRAY**, *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). Plaintiff Clarence Anderson has not filed any objections, and the time to file objections has passed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses without prejudice Mr. Anderson's complaint and amended complaint for failure to state a claim upon which relief may be granted (Dkt. Nos. 2, 8). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. Judgment shall be entered accordingly.

It is so ordered this 15th day of January, 2021.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge