IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE ANDERSON** **PLAINTIFF**
**ADC #165441**

v.	Case No. 3:19-cv-00294-KGB-JTK

**GRAY,** *et al.*	**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Clarence Anderson's complaint and amended complaint are hereby dismissed without prejudice (Dkt. Nos. 2, 8). Dismissal of this action counts as a strike for purposes of 28 U.S.C. § 1915(g). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), a *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

It is so adjudged this 15th day of January, 2021.

_____
Kristine G. Baker
United States District Judge